IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 23-05009-01-CR-SW-BCW |
| BRYON A. KELLER, | ) | |
| Defendant. | ) | |

## AMENDED ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Indictment filed on April 11, 2023 is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                           */s/ Brian C. Wimes*
                                                                            **BRIAN C. WIMES**
                                                                      **UNITED STATES DISTRICT JUDGE**

Date: March 22, 2024